FILED
JAN 18 2023
DAVID CREWS, CLERK
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 4:23-CR-9

MARKEVEON JARICE LEMOND BROWN          18 U.S.C. § 924(a)(1)(A)

**The Grand Jury Charges:**

**COUNT ONE**

On or about July 2, 2021, in the Northern District of Mississippi, MARKEVEON JARICE LEMOND BROWN, defendant, knowingly made a false statement and representation to Dylan Cash, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Bullfrog Corner Pawn, Inc., in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, certifying that he was the actual buyer of the firearms, whereas in truth and in fact, he was purchasing the firearms for another individual, in violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT TWO**

On or about July 3, 2021, in the Northern District of Mississippi, MARKEVEON JARICE LEMOND BROWN, defendant, knowingly made a false statement and representation to Brett Turner, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Renegade Firearms, in that the defendant did execute a

Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, certifying that he was the actual buyer of the firearms, whereas in truth and in fact, he was purchasing the firearms for another individual, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT THREE

On or about July 19, 2021, in the Northern District of Mississippi, MARKEVEON JARICE LEMOND BROWN, defendant, knowingly made a false statement and representation to Brett Turner, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Renegade Firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, certifying that he was the actual buyer of the firearms, whereas in truth and in fact, he was purchasing the firearms for another individual, in violation of Title 18, United States Code, Section 924(a)(1)(A).

_____
**CLAY JOYNER**
**UNITED STATES ATTORNEY**

**A TRUE BILL:**

*/s/ Signature Redacted*
**FOREPERSON**